Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

08 MAR -5 AM 11: 26

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **'08 MJ 0678**

The person charged as __Victor Manuel Lopez Zambada__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Eastern__ District of __California__

with __Deported Alien found in the United States__, in violation of __Title 8, United States Code, Section 1326 (a) & (b) (2)__

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 3/5/08

_____
Juan J. Ramirez
(Name)

Reviewed and Approved:

Dated: 3/5/08

_____
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

USA,

v.

VICTOR MANUEL LOPEZ ZAMBADA,

**WARRANT FOR ARREST**

Case Number: 1:08-CR-00006-LJO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Victor Manuel Lopez Zambada,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Violation Petition   ☐ Other _____

charging him or her with (brief description of offense)

**Deported Alien Found in the United States (Felony)**

in violation of Title  8    United States Code, Section(s)  1326 (a) & (b) (2)

S. Arellano
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

1/4/08            Fresno
Date and Location

Bail fixed at  $NO BAIL        by   Judge Dennis L. Beck

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

Date Received

Name and Title of Arresting Officer

Date of Arrest

Signature of Arresting Officer

No.
Case 1:08-cr-00006-LJO    Document 1-2    Filed 01/03/2008    Page 1 of 3

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*



JAN 0 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___ C. ESTEVES ___

THE UNITED STATES OF AMERICA

vs.

VICTOR MANUEL LOPEZ ZAMBADA,
aka Hector Armando Zambada    1:08 CR 000 06 LJO

## INDICTMENT

**VIOLATION(S):** 8 U.S.C. § 1326(a) and (b)(2) - DEPORTED ALIEN FOUND IN THE UNITED STATES

---

*A true bill.*

_____ /s/ _____
                              Foreman.

*Filed in open court this* _____ *day*

*of* _____, A.D. 20 _____

_____
                                    Clerk.

Bail, S ___ NO BAIL WARRANT ___

[signature]

GPO 863 525

AO 257 (Rev. 10/95)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

By: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

Name of District Court, and/or Judge Magistrate Location (city)
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO, CALIFORNIA**

**OFFENSE CHARGED**
See Indictment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

DEFENDANT -- U.S. vs.
**VICTOR MANUEL LOPEZ ZAMBADA**

Address: { 1:08CR000 06 LJO

Place of Offense
San Bernadino County

U.S.C. Citation
See Indictment

Birth Date: ☒ Male  ☐ Female  ☐ Alien (if applicable)
(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
**DEAN OTTO/ICE**

☐ this person is awaiting trial in another Federal or State Court, give name of court.

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **Maria G. Robles**

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y: **IAN L. GARRIQUES**

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges.
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  ☐ Fed'l  ☒ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?
☐ Yes
☐ No
If "Yes" give date

DATE OF ARREST ▶  Mo. / Day / Year
Or ... if arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY ▶  Mo. / Day / Year

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS

PENALTIES:

DEFN. BAIL STATUS: ISSUE NO BAIL WARRANT

## PENALTY SLIP

**DEFENDANT:** VICTOR MANUEL LOPEZ ZAMBADA
aka Hector Armando Zambada

**VIOLATION:** 8 U.S.C. § 1326 (a) & (b) (2)
Deported Alien Found in the
United States (Felony)

**PENALTY:** 20 years imprisonment
Not more than $250,000 fine

```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  IAN L. GARRIQUES
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8              UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   1:08CR000 06 LJO
                                 )   CASE NO.
12              Plaintiff,       )
                                 )   VIOLATION:
13       v.                      )   8 U.S.C. § 1326(a) and (b)(2)
                                 )   - Deported Alien Found in the
14  VICTOR MANUEL LOPEZ ZAMBADA  )   United States (Felony)
       aka Hector Armando Zambada,)
15                               )
                Defendant.       )
16  _____ )
17
18                          I N D I C T M E N T
19       The Grand Jury charges: T H A T
20              VICTOR MANUEL LOPEZ ZAMBADA
                  aka Hector Armando Zambada,
21
22  defendant herein, an alien, on or about May 22, 2007, was
23  excluded, deported, or removed from the United States after being
24  convicted of one or more crimes punishable by a term of
25  imprisonment exceeding one year, specifically:
26       Infliction of corporal injury to a spouse, cohabitant,
         or child's parent, in violation of California Penal
27       Code § 273.5(a), on or about December 15, 2006, in the
28
                                    1
```



FILED
JAN 03 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY C. ESTEVES
    DEPUTY CLERK

I hereby attest and certify on JAN 0 4 2008
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy

Superior Court of San Bernardino County, California, and sentenced to two years imprisonment (Case No. FSB058676); and thereafter on or about October 4, 2007, the defendant was found within the State and Eastern District of California, with neither the United States Attorney General or the Secretary of the Department of Homeland Security having expressly consented to a reapplication by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL.

/S/
FOREPERSON

McGREGOR W. SCOTT
United States Attorney

By: /s/ Sheila K. Oberto /p
MARK E. CULLERS
Assistant U.S. Attorney
Chief, Fresno Office

2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) 1: 08-CR-00006 LJO
)
)
VICTOR MANUEL LOPEZ ZAMBADA )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum    ( ) Ad Testificandum.

Name of Detainee: Victor Manuel Lopez Zambada
Detained at (custodian): CCI-Tehachapi, CA

Detainee is: a.) (X) charged in this district by:
(X) Indictment    ( ) Information    ( ) Complaint
Charging Detainee With: **8 U.S.C. § 1326 - Deported Alien Found in the United States**

or    b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) (X) return to the custody of detaining facility upon termination of proceedings
or    b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: [signature]
Printed Name & Phone No: Ian P. Garriques/ 559-497-4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date 2/12/08    United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Hector Armando Zambada | Male X | Female |
| Booking or CDC #: | F-88514 | DOB: | 08/28/1972 |
| | Release Date: 03/05/08 | Race: | |
| | | FBI #: | 925466XA5 |

Facility Phone: _____
Currently Incarcerated For: _____

---
**RETURN OF SERVICE**

Executed on _____ by _____    (Signature) _____