Minutes of the United States District Court
Southern District of California
MARCH 27, 2008

HON.  CATHY ANN BENCIVENGO          DEPUTY CLERK: L. HERNANDEZ

---

TAPE NO. CAB08-10:43-10:45

| | | | |
|---|---|---|---|
| 08MJ0678-CAB | USA | vs. | VICTOR MANUEL LOPEZ ZAMBADA (1)(C)SPA **07445298** |
| DETENTION HRG/ REMOVAL & IDENTITY HEARING | | | LINDA LOPEZ, FD |
| | | | AUSA: CHARLOTTE KAISER |

---

DETENTION HRG NOT HELD.
[-1] MOTION TO DETAIN - MOOT

REMOVAL & IDENTITY HEARING HELD.
DFT WAIVES REMOVAL/IDENTITY HEARING; WAIVER FILED.
COURT ORDERS DFT REMOVED TO EASTERN DISTRICT OF CALIFORNIA;
WARRANT OF REMOVAL ISSUED TO USM; DFT TO BE TRANSPORTED FORTHWITH.