# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

**RECEIVED APR 0 8 2008**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

April 2, 2008

Clerk, U.S. District Court
U S District Court, Eastern Division of CA
501 I Street
Sacramento CA 95814-7300

1:08 cr 06 LJO-1

Re: 08mj678, USA v Victor Manuel Lopez Zambada

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | X | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | X | Waiver of Removal |
| ___ | Personal Surety Bond | | |
| ___ | Other | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____
Deputy Clerk